# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | | |
|---|---|---|
| WENDY SMITH and | ) | |
| JOHNNY L. SMITH | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:23-cv-00114-TLS-MGG |
| | ) | |
| FOREST RIVER, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Wendy Smith and Johnny L. Smith, and Defendant, Forest River, Inc., by their respective counsel and under Federal Rule of Civil Procedure 41(a)(1)(A), stipulate to a dismissal, with prejudice, of all claims made in this action against Forest River, Inc., with each party to bear their own fees and costs.

Respectfully submitted,

/s/ *Elizabeth Ahern Wells*
Elizabeth Ahern Wells
BURDGE LAW OFFICE
8250 Washington Village Drive
Dayton, OH 45458-1850
P: (937) 432-9500
F: (937) 432-9503
E: Beth@BurdgeLaw.com

*Attorney for Plaintiffs*

/s/ *Thomas J. Bemenderfer*
John D. Papageorge
Thomas J. Bemenderfer
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
P: (317) 713-3500
F: (317) 713-3699
E: jpapageorge@taftlaw.com
   tbemenderfer@taftlaw.com

*Attorneys for Forest River, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will provide notification of such filing to all counsel of record.

<u>/s/ *Thomas J. Bemenderfer*</u>
Thomas J. Bemenderfer